4:10-cv-03021-RGK-CRZ   Doc # 32   Filed: 07/13/10   Page 1 of 2 - Page ID # 604

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARRY WHEELER, Personal Representative of the Estate of Sara Schnell, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3021 |
| V. | ) ) | |
| DAVE HEINEMAN, M.D. JOANN SCHAEFER, JOHN C. WYVILL, and RON STEGEMANN, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

    This matter is before the court on Defendants' motion for an order sealing the Evidence Index and related exhibits and supporting brief filed by Defendants in connection with their Motion for Summary Judgment. (Filing 30.) Defendants contend that the sealing of these documents is necessary because they contain references to protected health information relative to Plaintiffs in this action and, further, that redaction would not be feasible. Having reviewed the matter, the motion will be granted.

    IT IS ORDERED:

    1.    Defendants' motion to file under seal pursuant to NECivR 7.5 (filing 30) is granted; and

    2.    Defendants' brief in Support of Motion for Summary Judgment (filing 27) and Defendants' Evidence Index in Support of Motion for Summary Judgment and the attached evidence (filing 29) are hereby placed under seal and access is

restricted to the court and the parties to this action, including counsel of record.

    July 13, 2010.

                                          BY THE COURT:
                                          *Richard G. Kopf*
                                          United States District Judge